EDJOMAC AMUSEMENT CORPORATION, Respondent, *v.* EMPIRE STATE MOTION PICTURE OPERATORS' UNION, INC., Defendant, and EMPIRE STATE THEATRICAL STAGE EMPLOYEES' UNION, INC., Appellant.

Argued March 19, 1937; decided April 20, 1937.

*Joseph A. Teperson* for appellant.

*David Altman* and *Hyman J. Reit* for respondent.

Judgment of the Appellate Division and that of the Special Term reversed, and complaint dismissed, with costs in all courts, on the authority of *Stillwell Theatre, Inc.,* v. *Kaplan* (259 N. Y. 405). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.